

10/03/2018 Allowed. No objections filed. The Debtor shall file any objection to the Motion for Relief from Stay (#114) by 10/17/18.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: <br><br> AILEEN MARIE DEFILIPPO, <br><br> Debtor. | Chapter 13 <br> Case No. 15-11611-MSH |
|---|---|

### MOTION OF U.S. BANK TRUST TO VACATE ORDER

NOW COMES U.S. Bank Trust, NA, as Trustee of the Chalet Series III Trust as serviced by SN Servicing Corp. ("**U.S. Bank Trust**") and respectfully requests that this Court enter an order vacating the order denying U.S. Bank Trust's motion for relief from the automatic stay. In support of this motion, U.S. Bank Trust states as follows.

### STATEMENT OF MATERIAL FACTS

1. Aileen Marie DeFilippo (the "**Debtor**") is an individual who asserts an ownership interest in the real property known as and numbered 178 Concord Street, Brockton, Plymouth County, Massachusetts (the "**Property**").

2. The moving party, U.S. Bank Trust, has a principal place of business care of SN Servicing Corp., 323 Fifth Street, Eureka, California.

3. On March 31, 2003, the Debtor and Walburga A. Michalski executed and delivered to Allied Home Mortgage Capital (the "**Lender**") a promissory note in the original amount of $185,400.00 (the "**Note**").

4. Simultaneously therewith, as security for the obligations under the Note, the Debtor and Walburga A. Michalski executed and delivered to Mortgage Electronic Registration Systems, Inc. as nominee for the Lender a mortgage (the "**Mortgage**") on