## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 15-11611-MSH |
| AILEEN MARIE DEFILIPPO, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

### ORDER ON MOTION FOR RELIEF FROM STAY

The Motion of U.S. Bank Trust, NA, as Trustee of the Chalet Series III Trust as serviced by SN Servicing Corp. ("U.S. Bank Trust") for Relief from the Automatic Stay (Docket #114) having come before me, due notice having been given, no objection thereto having been filed and good cause appearing to me therefor, it is hereby

ORDERED that U.S. Bank Trust, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights and remedies under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 178 Concord Street, Brockton, Massachusetts, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

10/18/2018

Melvin S. Hoffman
U.S. Bankruptcy Judge